Case 1:20-cv-03074-UNA Document 1 Filed 10/23/20 Page 1 of 14

Case: 1:20-cv-03074   JURY DEM
Assigned To : Unassigned
Assign. Date : 10/23/2020
Description: Pro Se Gen. Civ. (F-D

William Scott Davis Jr, Realator
v
State of North Carolina; and Govenor's Roy Cooper; Patric McCory; Beverly Purdue; mike Easley; and Wake county municiple government County manager David Cook; and State of North Carolina Administrative offices of the Courts Director John Smith; and Wake County Family Courts System; Chief District Court Judge Robert B Rader; and Wake County District Attorney offices C. Colin Willoughby Jr Esq, Ned Masnum Esq, N. Lorine Freeman Esq, and Wake County municiple Government County Attornas offices Director Scott Warren Esq.; and Wake County Board of Commissioner Chairman Joe Bryant; and NCDHHs Director Jane-John Doe; and NC Dep't Edu Director Jane - John Doe:1, and Wake County Human Services Directors Ramon Rojano, John Tanner, Waren Ludwig; and Unc Health Core System State of North Carolina; and Unc School of Medicine department of psychatieory out patient prosrom on Child Hood Trauma and maltreatment Director Dr mork Everson, and Carolina Core and Counseling Inc Dr Robert Aiello, Dr. Karin Yosts, Dr Mary Willord; and Wake County NcC Guordion Ad Litem prosrom Director Naimonie Livingston, and G.A.S. 4 Attorney's Hall morriss, Richord Crouthermel, Susan Vick, Charlotte mitchell, Regional O'Rourke; and Community Psychological Reasources Inc Norfolk VA, and Sydney J Batch E

1

and Batch, Poore, and Williams PLLC; and Dr John Helminski Psychiatrist; and Attornies Robin Strickland, Brian Demclovic, Robert Lee Brown, Jame Alexander Hunt, Angela Hass, David Duke, Richard Durhom, Olley Taylor, Pamela Newell, Albert J Singer, Rodse Allen Askew, Allen Briones, Thomas Corllon Manning, Melanie A Shekita; and The town of Cory N.C; Mayor Mark hiebrech, and Cory N.C police Department chief's Scott Chunninshom, Patrica Bazemore, and Sgt Gregory Savage and Spouse Detective Michelle W Savage, and Wake County Family Case Coordinators Wendy Kirwon, Ellen Roses, Judge's Eric Chasse, Jame Fullwood, and Wake County Superior Court Judge Paul C Ridgeway, Shannon Joseph's, Donald Stevens; and The Law offices of Patrica Palmer Nasel esq Respondents.

1. Fed R Evid 201, Judicial Notice of 28 USC 1915(a)(2)(b) f.P. GRANTED, William Scott Davis Jr. V. US Dept State et al No 1:20-cv-01924 (D.C. Cir 7-28-2020). See Davis V. D.J Harmo d. No 1:20-cv-1070-GLR (D MD 4-30-2020) Dkt 2 pg 2 n.4 No strikes under 28 USC 1915(g) Assesment 28 USC 1915(e).

2. Jurisdiction: 31 USC 3730, False Claim Act 31 USC 3729-3732. 28 USC 2201, 28 USC 2202.

Case 5:20-cv-00629-M   Document 1   Filed 10/23/20   Page 2 of 14

## Statement of Claim

Respondents Conspired in 2020, 2019, 2018, 2017, 2016, 2015, 2014 - thru 2007, Froudulently Concealing or Submitting of Knowingly False claims; and medicade froud in Furtherence of Defrauding US DHHS Administration for Child and Family Services, US DOJ Jurenial Justice Delinquency Prevention, and Social Security Administration: 45 CFR § 1355, § 1356, 1357. Titles IV-E, Titles IVD, Title IV-A-B. Billions of Dollars in false Claims. Corruption of Wake County North Carolina Family Courts System Gamemanship Wake County Municiple Government County Attorney offices, Wake County North Carolina Guardian Ad Litem, and Wake County Family Courts Coordinators offices.

## Statement of facts

1. Respondent Purposefully Availed Them Self's to this courts General and personal Jurisdiction, by and through their Collective Acts, omissions, overt Acts, Meetings of the minds, Enterprising Schemes to defraud the United States of America, Child and Family Welfare System.

2. That the respondents, Conspired to Defroud 42 USC 601-729 et seq, 42 USC 5101 et seq; 42 USC 621 (a)(15). Illegally monufacturing and Froudulently Fabricating Child and Family in need of Services. Contrary to Childs

best Interest to return home, Illegally obtaining Federally Funde foster care maintence Fundings.

3. Respondent: Wake County N.C. Family Court System. Circumventing the prerequisds of NC AOC Family Courts Federally Funding. NCDHHS Division of Social Services. Family Services Divisions federal manuals. US DHHS "ACF" and US SSA Titles IV-A; IV-B; IV-D; IV-E

4. Respondents illegally manufacture and fraudulently fabricate Child Neglect;/Abandonement;/ Abuse: NCGS 7B-101 et seq, NCGS 7B-200, NCGS 7B-1101-1111. and NCGS 50A § 209.

5. That the State of North Carolina, Plain of Compliances with Title VI Civil Right Act 1964, 42 USC 2000-2000d-7. Requists Under 45 CFR § 1355 et seq § 1356 et seq § 1357 et seq. NCGS 7B-302.

6. That All Child Neglect/abandonment /Abuse. must be Confirmed by UNC School of medicine department of Pediatric's, M.D's, PHD's, Psyd's Only!!! Under NCDHHS Division of Social Services Family Services Manual. 1422. And Executive orders of State NC Governors. only these Licenced Specially Trained Doctors Can Confirm Jurisdiction, Subject Matter Jurisdiction

that's it's contrary to the child or childrens best interest to return Home, For the state NC To obtain federal Child and Family Welfare funding.

7. Respondents froudulently Conceal Wake County Government, Wake County Court House, Wake County Human Services Illegal Third Party Contracts, With Carolina Core and Counseling Inc Psychologist offices of Dr Robert and Jenney Aiello PSYD's.

   a. Illegally preforming Parenting and child psychological Evaluations

   b. Illegally preforming Child and Family Evaluations.

   c. Illegally Envoking of the Wake County Family Courts, Jurisdiction, Subject matter Jurisdiction, Personal Jurisdicion.

   d. WCHS·CPS 100% Success Rate Abuse/ Neglect/ Dependency, Child and Family In Need of Services, Medicade Kick Back Scheme

8 Respondents, Fraudulently Conceal and remain silent, that Wake County Human Services, Child Protective Services, illegal Third party Psychologist, Psychiatrist, Physicians, illegally Circumventing NC DHHS Divison of Social Services family Services Unc Den't of Pediactric's.

9 Respondent, Wake County Family Court appointed Counsel Kick back, 15 out of 22 months 42 USC 671 (a)(15), False Billing Indigent defense funds

10 Respondents Court Appointed Special Advocats " Guardian Ad litem Atty" Kick Backs 15 out of 22 months 42 USC 671 (a)(15), False Billing US DOJ OJJDP.

11 Respondent Wake County Family Court Judges; Wake County family Courts Cases Coordinators, Wake County family Court Child Enforment Support. Colluding With the Title IV-E, Title IV-D US Social Security Plan Administrator. I.e Wake County Government, County Attornies offices North Carolina Administrative offices DeFrordins US DHHS "ACF" and US Social Security Administration. Enterprising Kick Backs Schemes.

12. Illegal Child and Family Forensic Evaluation Unsuspected men, women, and children Defrauded Illegal Parentins and Child Psychological Evaluations, fraudulent Concealments, illegally manipulating Federally funded Child and Family Welfare for a profit, For the past Ten to Twenty years.

13. Respondents, fraudulent Concealments, by the North Carolina Court of Appeals, Fraudulently Fabricating and illegally manufaturi Child Neglect, Child Abuse, Child dependency Tenth Judicial District of North Carolina State Capitol.

14. 1.9: In Re J.D 2010 NC App Lexis 2562, In Re JD 207 NC App 377, 699 S.E. 2d 686 [Published In Full Text of] WL 3860605 (NC App oct 5th 2010). In Re J.D 365 NC 193, 707 S.E. 2d 245 (NC 2011) Family Court Judge, and WCHS-CPS Conspiring with Biological Attorny for the Mother, Sydney J Batch.

   a. Illegally Concealed Bio-Mom Jaworski 1998-2004, 42 USC 671 (a)(15)(D)(iii) N.Y.C. Child Abuses of M.S, L.S, K.J, Bronx N.Y Involentary Terminations of Parental Rights In ah inctio

Michelle Joy Jaworski and her Attorney no Legal Standing NCGS 7B-100, Adoption and Safe Family Act Illegally Concealing N.Y.C. Heroin, Crack Cocaine, Chronic Parental Unfitness, GRAVE RISK of Harm to J.F.D

b Indivious Class based racial and Gender Animus. Anti Black male father Hood Pro-White Caucasian female motherHood. Title VI Civil Right Act 1974, Violations 42 USC 2000-2000d-7, 42 USC 3789d(c). Illegal Discrimination. Fraudulent Concealments.

c. Illegally Concealing J.F.D Denying NCGS 7B-100, NCGS 7B-101(15), NCGS 7B-200, NCGS 7B-302a, NCGS 7B-1101-1111,

d. Illegal Child and Family Forensic Evaluation of UNC School of Medicine department of Psychiatry out patient program on Childhood Trauma and maltreatment, L.C.S.W Nancey Berson, fraudulently fabricating the illegal manufacturing of J.F.D Witnessing State NC v Davis 06 CRS 72340-01; 02 CRS 516 Domestic Violences, malicious Prosecutions Abuse of
45 CFR 1355, 1356, 1357 Processes by WC District Atty off

e. Illegal JFD psychologist Dr Robert Aiello Evaluation Illegal JFD psychiatric Dr John Helmusik Evaluation Fraudulently Fabricating and illegally manufacturing P.T.S.D. JFD Witness Domestic Violence, State NC v Davis 07CrS51657 ; 06CrS223400 Knowingly Falsified Cory NC Police Reports. JFD In Fear of her Father and For the Safety of Her Step mother Killed Domestic Violence Sham, Ruse, Farcee.

f. Fraudulent Concealments of Wake County District Attorneys offices, ADA Melanie A Shekita, Illegally Controlling and manipulating WCHS-CPS, WC GAL, WC Gov't Cnty Attorney offices, WCFC Judges, To Illegally manufacture and fraudulently Fabricate her Criminal Domestic Violence Prosecution Cases 06Crs223400l ; 07Crs51657. False Pretext WCFC 07JA705; False Pretenses WCFC 07JT705,

15. Respondents, fraudulent Concealment J.F.D illegally In Foster Care 12 years, fraudulently Fabricating Jurisdiction, Subject matter Jurisdiction, Personal Jurisdiction, By illegally Concealing of J.FD VA Child Custody order JO4445 50-01-01 Davis Full Legal Custody JFD Home State VA Code 20-146.18 , Extrinsic frauds on Courts

In violation NCGS 50.4 et Seq § 208(d) Oct 8, 2007.

16. Respondents Fraudulent Concealment of VA Custody order JO4445001-00, UCCJEA, P.K.P.A. For the illegal manufacturing and Fraudulently Fabricating of LCSW Nancy Berson Child and Family Forensic Evaluation written Report 12-14-07.

17. Respondent Inter State Commers, and Spending 45 CFR 1355, 1356, 1357 Frauds on City of Hampton Virginia Juvenial and domestic Relations Court In Re JFD JO4445004-00 Initial Child Custody order. Respondents State NC, Sent Fraudulently Fabricated and Illegally manufactured Documents and VOID WCFC 07JA205 Orders to the VA Family Court, Alonge with Berson C.f.F. Fraud on Court In the Inducement of Code of VA 20-146.18 Forum of Inconvienence.

18. Respondent Defrauded the Commonwealth of Virginia federally funded Child and Family Services Providers, and family Courts 2020-2007.

19. Respondent illegally Obtaining of Federal Domestic Violence Prevention federal funds

William Scott Davis Jr  
ID 84944-083  
AUSP Thomson  
PO 1002  
Thomson IL 61285

07-25-2020  
July 25, 2020

Re: New False Claims Qui Tam Complaint 31 USC 3729-3732.

Clerk of Court  
US D.C. Dist Col  
333 Constitution Ave N.W. Rm 1225  
Washington District of Columbia 20001



Dear Clerk

This is a New False Claims Act, Qui Tam, Action.

Please send me a copy of this False Claim Act Complaint file stamped clocked in by the Clerk, with the case number newly assigned case number.

William Scott Davis

Please Thank you. Do you have 28 USC 1915 (a)(2) Application to proceed without prepayment of fees and cost form for Dist Col? The Court can take Judicial Notice of I.F.P Granted No 1:20-cv-0192 Davis v. US Dep't State (D.C. Cir. 2020)

1  
over →

Wake County Human Services, Wake County District Attorney offices, Wake County Family Courts, Kick back to Triangle Family Services, Interact Domestic Violence Services providers. Kick back schems of illegally using LCSW Nanucy Berson, Dr Helminski, Dr Aiello, Enterprising monopoly, Racketering Influence Coruption Organization.

Approximate 20 | Couses of Respondents misconduct Realator Life in danger Serious physical Injuries At present White Blowing Emails of William Scott Davis 1st Amendment Protections From NCGS 14A 193.6, and 277.1, Froudulent fabrication by Raleish Police NC, Consping with Melonce A Sheketiy, michael w Savasey Sydney J Balch, Colludins In the Cover-up of False Claims Act Violations

Relef

William Scott Davis Jr original Source, Realator, Discovery of Schems to Defraud the USA. 31 USC 3729-3732. Notice to he sent to US DoJ 950 pensylvani Ave. DC. Wherefore Realator, Entitle to a % of Recovery of Billons of dollars From Respondents. Realator Incompetent, under Rule 17(c)(2) F.R.Civ.P, Requiring the Appointment of a guardian Ad Litem In this Ouid Tanum False Claim action 9-25-2020 William

Case 5:20-cv-00629-M   Document 1   Filed 10/23/20   Page 12 of 14

US DC District of Columbia

William Scott Davis Jr ex rel
United States

v

State of North Carolina et Al

Certificate of Deposit of False Claims Act Complaint Into the hands of the prison authorities hands July 25, 2020 for mailing to the Court postage Pre-paid First class mail 28 USC 1746 Houston v Jack 487 US 266 (1988) this the 25th day of July 2020 William S D[avis]

Clerk

Please send me a file stamped copy of this False Claims Act qui tam Complaint

Pelese thank you




RECEIVED
Mail Room
OCT 23 2020
Angela D. Caesar, Clerk of Court
District Court, District of Columbia

INMATE NAME  Davis, William Scott
REGISTER NUMBER  94-018-089
UNITED STATES PENITENTIARY
P.O. BOX 1002
THOMSON, IL 61285

QUAD CITIES IL 612
19 OCT 2020 PM 1 T

INMATE IDENTIFICATION CONFIRMED

United States District Court For the
District of Columbia
333 Constitution Ave N.W.
Washington D.C. 20001